RECEIVED
U.S. DISTRICT COURT
2004 DEC 29 AM 9 28
NORTHERN DISTRICT
OF MISSISSIPPI

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

FILED
DEC 29 2004
U S DISTRICT COURT
ARLEN B. COYLE, CLERK
By Deputy

**BRIAN TACKETT,**
Plaintiff,

Vs. **CIVIL ACTION NO. 2:04CV312-PB**

**LINDA TACKETT,**
**TYRONE TACKETT,**
**GRACE TRANSPORT, LLC,**
**CYCLONE, INC,**
**TYTAC, INC,**
Defendants.

AFFIDAVIT

I, Brian Tackett, hereby certify that I have properly served each of the defendants in this action, as the attached proofs show, and that none of these defendants have responded to this action with a pleading, answer, motion or even a phone call as of this day, 29 December 2004.

I hereby certify the above to be true and correct under the penalties of perjury this 29th day of December 2004.

BRIAN TACKETT