FILED
DEC 29 2004
U.S. DISTRICT COURT
ARLEN B. COYLE, CLERK
By ______ Deputy

RECEIVED
U.S. DISTRICT COURT
2004 DEC 29 AM 9 29
NORTHERN DISTRICT
OF MISSISSIPPI

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**BRIAN TACKETT,**
Plaintiff,

Vs. **CIVIL ACTION NO. 2:04CV312-PB**

**LINDA TACKETT,**
**TYRONE TACKETT,**
**GRACE TRANSPORT, LLC,**
**CYCLONE, INC,**
**TYTAC, INC,**
Defendants.

## MOTION FOR DEFAULT JUDGMENT

Plaintiff moves this Honorable Court for judgment in his favor in the amount of eight hundred and twenty eight thousand dollars ($828,000.00) and against the named defendants above. In support of this request, Plaintiff states:

1. Each Defendant has been served a copy of the complaint with summons demanding that they each answer said complaint by no later than December 23, 2004.

2. None of the defendants have answered said complaint or attempted any other contact with plaintiff or this Court regarding this action.

3. Plaintiff has prayed for actual damages in the amount of two hundred and seventy-six thousand dollars ($276,000.00), and treble damages under 18 USC Section 1964 in the amount of eight hundred and twenty-eight thousand dollars ($828,000.00), an amount certain for the wrongs alleged in the complaint.

4. Rule 55 of the Federal Rules of Civil Procedure provides that Plaintiff, under these circumstances, is entitled to judgment in his favor as a result of defendant's default.

WHEREFORE, Plaintiff prays this Court will enter judgment against the named defendants in the amount of $828,000.00, and order each defendant jointly, severally, and separately responsible for this amount. Although practice normally requires that Plaintiff provide the Court with a proposed order, Plaintiff requests that this Court enter an order appropriate to ensure that the relief prayed for is granted because Plaintiff is a layman and would not want to make an error in wording which would subject his post-judgment execution efforts to question.

RESPECTFULLY REQUESTED,

BRIAN TACKETT
POB 505
HERNANDO, MS 38632
901/315-0316

**CERTIFICATE OF SERVICE**

Notice is hereby given that true and correct copies of the above have been deposited in the U.S. Postal Mail, with postage affixed for delivery First Class, and addressed to the defendants at the following addresses:

Linda Tackett
895 Morehead Road
Bowling Green KY 42101

Tyrone Tackett
114 Secretariat
Hendersonville TN 37075

Cyclone, Inc,
895 Morehead Road
Bowling green KY 42101

Grace Transport, LLC,
135 April Circle
Portland TN 37148

TYTAC, Inc,
895 Morehead Road
Bowling Green KY 42101

This 24th day of December, 2004

BRIAN TACKETT