2:04CV312

Notice to the Clerk
of US District Court

I got a message that a summons was served on me from Mississippi. This is not true. I have not been served any thing. There must be an error

I am currently in Knoxville, TN & can be reached at address on envelope

Linda Tackett
Linda Tackett

RECEIVED
U.S. DISTRICT COURT
2005 JAN 10 PM 12 02
NORTHERN DISTRICT
OF MISSISSIPPI

RECEIVED
U.S. DISTRICT COURT
2005 JAN 13 AM 10 23
NORTHERN DISTRICT
OF MISSISSIPPI