FILED

APR 07 2005
ARLEN B. COYLE, CLERK
By [signature] Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
CIVIL ACTION NO. 2:04CV312-PB

BRIAN TACKETT,
PLAINTIFF

2:04CV312

VS.

TYRONE TACKETT
AND OTHERS
DEFENDANTS

RESPONSE TO DEPUTY CLERK'S DECEMBER 29, 2004 ENTRY OF DEFAULT

The deputy Clerk stated that "it appeared that the above named defendants, having been properly served a summons and copy of the complaint in this action." This is not true. I have received no summons or complaint from by brother Brian Tackett or anyone. This court should be advised that my brother's action against me and others is likely about me repossessing my construction equipment for which my brother failed to honor payments. If this is the case, then his actions are nothing more than revengeful.

I have been away working on various construction jobs and have just now received your Dec. 29, 04 notice.

[signature] 4/1/05

Tyrone Tackett
114 Secretariat Place
Hendersonville, TN 37075

RECEIVED
U.S. DISTRICT COURT
2005 APR 7 PM 12 21
NORTHERN DISTRICT
OF MISSISSIPPI